Ali J. Farhang (#019456) (PAN 65507)
Tyler B. Bugden (#35166) (PAN 67458)
**FARHANG & MEDCOFF, PLLC**
100 S. Church Avenue, Suite 100
Tucson, AZ 858701
Telephone: (520) 214-2000
*Please e-serve filings on:*
afarhang@farhangmedcoff.com
tbugden@farhangmedcoff.com

Paul Karlsgodt, CO Bar #29004 (*pro hac vice*)
Casie D. Collignon, CO Bar #35160 (*pro hac vice*)
Alexander Vitruk, CA Bar #315756 (*pro hac vice*)
Jonathan S. Maddalone, NY Bar #5674445 (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 400
Denver, CO  80202
Telephone: (303) 861-0600
pkarlsgodt@bakerlaw.com
ccollignon@bakerlaw.com
avitruk@bakerlaw.com
jmaddalone@bakerlaw.com
*Attorneys for Defendant TMC Health*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Williams, Sean Daughtery, and Margaret Milford, *individually and on behalf of those similarly situated*,<br><br>            Plaintiffs,<br><br>       v.<br><br>TMC Health,<br><br>            Defendant. | Case No.: CV-23-00434-TUC-SHR<br><br>**NOTICE OF CLASS SETTLEMENT** |

Plaintiffs George Williams, Sean Daughtery, Margaret Milford, and defendant TMC Health, by and through undersigned counsel, hereby give notice to the Court that the parties have reached a class settlement in the above-captioned matter. The parties anticipate

filing their motion for preliminary approval of the settlement with the Court under Fed. R. Civ. P. 23(e) on or before Friday, July 26, 2026. Should anything change from this timeline, the parties will inform the Court and are available in the interim at the convenience of the Court to discuss this matter.

Dated: June 8, 2026.

**FARHANG & MEDCOFF, PLLC**

By:  */s/ Tyler Bugden*
Ali J. Farhang
Tyler B. Bugden
afarhang@farhangmedcoff.com
tbugden@farhangmedcoff.com
100 S. Church Avenue, Suite 100
Tucson, AZ 85701

**BAKER HOSTETLER LLP**

Paul Karlsgodt *(pro hac vice)*
pkarlsgodt@bakerlaw.com
Casie D. Collignon *(pro hac vice)*
ccollignon@bakerlaw.com
Jonathan S. Maddalone *(pro hac vice)*
jmaddalone@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO 80202

Alexander Vitruk *(pro hac vice)*
avitruk@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA 98104

*Attorneys for Defendant TMC Health*

**ZIMMERMAN REED LLP**

By:  */s/ Ryan Ellersick*
Ryan J. Ellersick
ryan.ellersick@zimmreed.com
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254

*Counsel for Plaintiffs & the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2026, I electronically transmitted the foregoing instrument to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ryan J. Ellersick
Zimmerman Reed LLP
14648 N. Scottsdale Road, Suite 30
Scottsdale, AZ 85254
Ryan.ellersick@zimmreed.com
*Attorney for Plaintiffs & the Class*

/s/ *Katie Dodd*